UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-25029-MORENO

JOSE ESPITIA,

    Plaintiff,

vs.

EVENTLUXE RENTALS, LLC,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR REASONABLE ATTORNEY'S FEES AND COSTS**

COMES NOW, Plaintiff, JOSE ESPITIA ("Plaintiff"), by and his through undersigned counsel, moves this Court for reasonable attorney's fees, Pursuant to 54(d)(2) Fed. R. Civ. P., and in support thereof states as follows:

1. Plaintiff filed this action against Defendants, EVENTLUXE RENTALS, LLC ("Defendant") arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C §201 (the "FLSA"), [DE 1].

2. Plaintiff was issued summonses on December 6, 2019 [DE 3] to be served on the Defendants, EVENTLUXE RENTALS, LLC and GUSTAVO BALMELLI.

3. On December 9, 2019, Defendant, EVENTLUXE RENTALS, LLC, was served with process, and has failed to make an appearance, answer and/or defend the above-styled case, which resulted in a Clerk's Default against EVENTLUXE RENTALS, LLC, entered on January 7, 2020 [DE 8].

4. Defendant, GUSTAVO BALMELLI was subsequently voluntarily dismissed in the above-styled case, which resulted in an Order of Dismissal as to GUSTAVO BALMELLI, entered on January 29, 2020 [DE 10].

5. Thereafter, Plaintiff filed a Motion for Final Default Judgment as to Defendant, Eventluxe Rentals, LLC, on February 3, 2020, [DE 11], which the Court entered a Default Final Judgment against the Defendant, Eventluxe Rentals, LLC, on February 7, 2020 [DE 12].

6. The statutes entitling the Plaintiff to this award are the Fair Labor Standards Act, 29 USC §201 et seq.
    a. FLSA §216(b) states: "....The court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action.'''

7. The amount of attorney's fees sought is $3,055.50, as shown by the document (invoice) attached hereto as Exhibit "A."

8. The costs associated with this action are $491.15, also as shown in exhibit A.

9. The terms with respect to fees to be paid for the services for which this claim is brought are that of an hourly fee of $350.00 per chargeable hour to be paid for Gadiel A. Espinoza, Esq.

10. The chargeable hours submitted in the attached invoice are conservative and are stated with particularity.

11. The total number of hours expended is 8.83 hours, and were divided as described in exhibit A.

12. The total attorney's fees and costs for this action are $3,546.65.

13. This is to certify that as Counsel I have fully reviewed the time records and supporting data and that this Motion is well grounded in fact and justified.

WHEREFORE, Plaintiff moves this Court to order that Plaintiff be awarded his Attorney's Fees and Costs of $3,546.65 and for such other relief as this Court deems just.

Respectfully submitted on this 10th day of February 2020.

By: */s/ Gadiel A. Espinoza, Esq.*
Gadiel A. Espinoza, Esq.
Florida Bar No. 121831

**PEREGONZA LAW GROUP, PLLC**
1414 NW 107th Ave. Ste. 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200
Email: office@peregonza.com
Email: gadiel@PereGonza.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2020, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all parties via transmission of Notice of Electronic Filing generated by CM/ECF, and Defendant, Eventluxe Rentals, LLC, 6321-A NW 74 Ave., Miami, FL 33166, via regular mail.

By: */s/ Gadiel A. Espinoza, Esq.*
Gadiel A. Espinoza, Esq.
Florida Bar No. 121831