UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-25029-CIV-MORENO

JOSE ESPITIA,

  Plaintiff,

vs.

EVENTLUXE RENTALS, LLC, and
GUSTAVO BALMELLI,

  Defendants.
_____/

## ORDER GRANTING IN PART MOTION FOR ATTORNEY'S FEES

THIS CAUSE came before the Court upon Plaintiff's Motion for Reasonable Attorney's Fees and Costs (**D.E. 13**), filed on **February 10, 2020**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED in part. The Court grants Plaintiff reasonable attorney's fees and costs of $1,326. An award of fees and costs in excess of Plaintiff's award in a default judgment is not reasonable.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of April 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Case 1:19-cv-25029-FAM Document 14 Entered on FLSD Docket 04/08/2020 Page 2 of 2